UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW THOMPSON,

    Petitioner,

v.                                Case No. 3:17cv671/RV/CJK

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 8, 2017. (Doc. 2). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 2) is adopted and incorporated by reference in this order.

2. Petitioner's motion for extension of time (doc. 1) is DENIED, and this case

is DISMISSED for lack of jurisdiction.

    3. The clerk shall close the file and shall send petitioner the form for use in § 2254 cases.

    **ORDERED** on this 11th day of October, 2017.

                  /s/ *Roger Vinson*
                  **ROGER VINSON**
                  **SENIOR UNITED STATES DISTRICT JUDGE**